IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS

MAR 27  IU 06 AM '06

RALPH L. DELOACH
CLERK
BY _____ DEPUTY
AT WICHITA, KS.

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff, | )<br>)<br>) |
| ex. rel [UNDER SEAL] | ) Case No. 04-2389-GIV/DJW<br>) |
| vs. | )<br>) |
| [UNDER SEAL]<br>Defendants. | ) **FILED UNDER SEAL** unsealed 3/7/2007<br>)<br>) |

**UNITED STATES' NOTICE OF ELECTION TO INTERVENE**

22

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES EX REL. MULQUEEN, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 04-2389-KHV/DJW |
| v. ) | |
| ) | **FILED UNDER SEAL** |
| MEDICIS PHARMACEUTICAL CORP. ) | |
| ) | |
| Defendant. ) | |
| ) | |

### UNITED STATES' NOTICE OF ELECTION TO INTERVENE

Pursuant to the False Claims Act, 31 U.S.C. §3730 (b)(2) and (4), the United States notifies the Court of its intention to intervene in this action. The United States requests, however, that the seal remain in effect for an additional period of 60 days to permit the United States to continue ongoing settlement negotiations with the defendant Medicis Pharmaceutical Corporation (Medicis) with the hope that a settlement can be concluded during the 60 day period.

The United States and representatives of various state governments met with Medicis on March 22, 2006, to present the settlement demand of the federal and state governments. In response to the governments' presentation and the information that the United States would intervene in this action, counsel for Medicis represented that Medicis is committed to seeking a negotiated resolution, but that it would be impossible to respond to the governments' demand before the intervention deadline of March 27, 2006. The parties agreed to meet on April 17, 2006, at 1:30 p.m., to receive a counteroffer from Medicis, which counsel represented will constitute an amount of money based on reasoned analysis of the factors bearing on liability and damages. In the interim, the parties agreed to exchange additional information concerning damages that will assist, it is expected, in prompt resolution of the lawsuit.

Accordingly, the United States hereby intervenes and requests that the action remain under seal until and including May 29, 2006.

A proposed order is submitted for the Court's consideration.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

ERIC F. MELGREN
United States Attorney
District of Kansas

*/s/ Annette Gurney*

ANNETTE GURNEY #11602
Assistant United States Attorney
1200 Epic Center
301 N. Main
Wichita, Kansas 67202
Ph. (316) 269-6481
Fax (316) 269-6484

MICHAEL F. HERTZ
JOYCE BRANDA
DEE LORD
Attorneys, Civil Division
U.S. Department of Justice
Post Office Box 261
Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 514-7371
Fax: (212) 616-3085

Dated: March 27, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of March 2006, I served the United States' Notice of Election to Intervene by first class mail, postage pre-paid, on the following counsel of record:

Carrie M. Brous
Brous Horn LLC
10313 West 140th Street
The Carriage House
Overland Park, KS 66221

*Annette Gurney*
Annette Gurney
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES EX REL. MULQUEEN, et al.    )
                                          )
           Plaintiffs,                    )
                                          )   Case No. 04-2389-KHV/DJW
v.                                        )
                                          )   **FILED UNDER SEAL**
MEDICIS PHARMACEUTICAL CORP.              )
                                          )
           Defendant.                     )
                                          )

## ORDER

The United States having intervened in this action pursuant to the False Claims Act, 31 U.S.C. § 3730 (b)(2)(A), the Court rules as follows:

The Complaint and all other contents of the Court's file in this action shall remain under seal, at the United States' request, for a period of 60 days, to and including May 29, 2006.

IT IS SO ORDERED this _____ day of _____, 2006.


                                          _____
                                          KATHRYN H. VRATIL
                                          UNITED STATES DISTRICT JUDGE